■ In the Matter of UNITED STATES TRUST COMPANY OF NEW YORK, as Surviving Trustee Under the Last Will and Testament of HOWARD W. STARR, Deceased, Respondent, v PHILIP LE BOUTILLIER, as Administrator of the Estate of SUSAN H.

STARR, Deceased, Respondent, and ELEANOR H. DARCY et al., Appellants.—Upon stipulation of the parties hereto dated March 3, 1987, the appeals from a decree of Surrogate's Court, New York County (Marie Lambert, S.), entered on February 19, 1985, and modified by order of said court, entered on July 2, 1986, are unanimously withdrawn, with prejudice and without costs. No opinion. Concur—Sullivan, J. P., Ross, Asch, Kassal and Ellerin, JJ.